**KELLNER v HAGOOD, et**

Ohio Appeals, 1st Dist, Butler Co
Decided Dec 1, 1930

For full opinion see 177 NE 637; 39 Oh Ap 351 (Oh Bar 11-10-31).